UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Criminal No. 17-48 |
| KAREEM MATHIS | : | **UNSEALING ORDER** |

An application previously has been made by the United States Attorney for the District of New Jersey (by Tazneen Shahabuddin, Assistant U.S. Attorney), for an order sealing the indictment, arrest warrant, and sealing order related to Crim. No. 17-48 until further order by the Court, with the exception of copies of the arrest warrant necessary for its implementation; the Court having been advised by the government of the need for those materials to be unsealed; and the United States having now requested that those materials be unsealed,

IT IS, on this 19th day of July, 2017,

ORDERED that the indictment, arrest warrant, and sealing order related to Crim. No. 17-48 hereby are UNSEALED.

_____
HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE