UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Crim. No. 17-48 |
| KAREEM MATHIS | : | **CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (by Tazneen Shahabuddin, Assistant U.S. Attorney) and defendant Kareem Mathis (by Patrick N. McMahon, Esq., Assistant Federal Public Defender, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through November 30, 2017, to permit defense counsel the reasonable time necessary for effective preparation in this matter, to allow the parties to conduct plea negotiations, and the defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court and that a continuance shall serve to delay a trial in this matter; and the defendant being aware that he has the right to proceed to trial within 120 days of his arrival in the receiving State (i.e., this District) under the Interstate Agreement on Detainers Act ("IADA"); and the defendant having consented to this continuance and he and/or his counsel having waived such right on his behalf and with his concurrence in open court; and this being

the second request for a continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    (1)    Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

    (2)    Plea negotiations are anticipated, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

    (3)    The granting of a continuance will likely conserve judicial resources; and

    (4)    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

    (5)    Pursuant to the IADA, Article IV(c), good cause for this continuance request has been shown and this continuance request of the parties, including its length, is reasonable and necessary to allow the parties sufficient time to attempt to resolve this case through plea negotiations.

IT IS, therefore, on this 28 day of September, 2017,

ORDERED that this action be, and hereby is, continued under the Speedy Trial Act and the IADA from the date this Order is signed through and including November 30, 2017; and it is further

ORDERED that the period from the date this Order is signed through and including November 30, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that the period from the date of this Order through and including November 30, 2017 shall be excludable in computing the 120 days within which the defendant is entitled to proceed to trial under the IADA.

_____
HON. WILLIAM J. MARTINI
United States District Judge

Form and entry consented to:

_____
Patrick N. McMahon, Esq.
Counsel for defendant

_____
Tazneen Shahabuddin
Assistant U.S. Attorney

_____
James Donnelly
Deputy Chief, General Crimes Unit